```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| DEREK ALLEN, | Civil No.  04-1783 (FLW) |
| Petitioner, |  |
| v. | **O R D E R** |
| C. J. DEROSA, Warden, et al., |  |
| Respondents. |  |

THIS MATTER having come before the Court on application of petitioner, Derek Allen, for habeas relief pursuant to 28 U.S.C. § 2241; and the Court having reviewed all written submissions by the petitioner and respondent; and for the reasons discussed in the accompanying Opinion;

IT IS on this  2nd  day of  December, 2005,

**ORDERED** that petitioner's claim for relief under 28 U.S.C. § 2241, challenging the manner in which his sentence is being executed by the respondent Warden, C.J. DeRosa, is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies; and it is further

**ORDERED** that petitioner's claim as against the Pennsylvania Board of Probation and Parole, challenging the validity of a warrant for detainer, is hereby **DISMISSED WITH PREJUDICE** for lack of "in custody" jurisdiction; and it is finally

**ORDERED** that the Clerk is directed to serve this Order upon the parties, pursuant to the Federal Rules of Civil Procedure, and to close this file accordingly.

S/Freda L. Wolfson
FREDA L. WOLFSON
United States District Judge
